UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Stan Ray, )<br>)<br>)<br>Plaintiff(s) )<br>)<br>vs. )<br>)<br>Caruthersville School District No. 18 and )<br>United Healthcare Insurance Company, )<br>)<br>)<br>Defendant(s) ) | Case No. 4:10cv01936 RWS |

## **ORDER**

The above styled and numbered case was filed on October 14, 2010 and randomly assigned to the Honorable Rodney W. Sippel, United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned a Southeastern Division case number. Accordingly, the case has been randomly reassigned to Lewis M. Blanton, United States Magistrate Judge and given case number 1:10cv00158LMB.

Dated this 15th day of October, 2010.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**Please note the new case number: 1:10cv00158 LMB.**